Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 19−10159−CMG
                  Chapter: 13
                  Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean L. Mare
925 Sixth Street
Union Beach, NJ 07735

Katherine Mare
fka Katherine Small
925 Sixth Street
Union Beach, NJ 07735

Social Security No.:
  xxx−xx−9658

  xxx−xx−9458

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 15, 2019.

On 6/9/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:          July 15, 2020
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 10, 2020
JAN: gan

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sean L. Mare  
Katherine Mare  
    Debtors

Case No. 19-10159-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3      Date Rcvd: Jun 10, 2020
                      Form ID: 185      Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.

```
db/jdb         +Sean L. Mare,    Katherine Mare,    925 Sixth Street,    Union Beach, NJ 07735-2868
517952072      +Barclay's Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
517952076       Capital Collection Services,    20 E Trenton Road,    Building 50,    Berlin, NJ 08009
517952079       Celentano, Stadtmauer & Walentowicz, LLP,    PO Box 2594,    Clifton, NJ 07015-2594
517952080      +Central Jersey Specialty Surgery,    10 Industrial Way E,    Eatontown, NJ 07724-3332
518042910      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517988384      +Foss, San Filippo & Milne, LLC,    225 Broad Street,    Red Bank, NJ 07701-2009
517952086      +Foss, San Filippo & Milne, LLC,    PO Box 896,    Red Bank, NJ 07701-0896
518102992      +PNC BANK, N.A.,    P.O. BOX 94892,    CLEVELAND, OH 44101-4892
517952091      +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
517952092      +PNC Bank, N.A.,    PNC Consumer Lending,    Liberty Commons,    Box 747024,
                 Pittsburgh, PA 15274-7024
517952096      +Remex Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
517952097       Retina Care Center,    1255 NJ-70,    Lakewood, NJ 08701
517952099      +Shrewsbury Diagnostic Imaging,    1131 Broad Street,    Shrewsbury, NJ 07702-4334
517952100      +Sofi Funding,    One Letterman Drive,    Building C,    San Francisco, CA 94129-2402
517952102      +University Radiology,    PO Box 1075,    East Brunswick, NJ 08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 10 2020 23:58:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 10 2020 23:58:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517952071       E-mail/Text: ebn@americollect.com Jun 10 2020 23:58:35      Americollect,    PO Box 1566,
                 Manitowoc, WI 54221
517952070       E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:04      Amazon/Synchrony Bank,
                 Att: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
518048301       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:56
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517961829      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2020 00:00:14
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517977744       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 11 2020 00:01:25
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517952075       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 11 2020 00:00:17      BMW Financial Services,
                 PO Box 3608,    Dublin, OH 43016-0306
517952073      +E-mail/Text: bankruptcyletters@hackensackmeridian.org Jun 10 2020 23:58:46
                 Bayshore Comm Hospital,    PO Box 95000-1635,    Philadelphia, PA 19195-0001
517952074      +E-mail/Text: bankruptcyletters@hackensackmeridian.org Jun 10 2020 23:58:46
                 Bayshore Community Hospital,    Att: Patient Billing,    727 N Beers Street,
                 Holmdel, NJ 07733-1514
517952077       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 00:00:44      Capital One,
                 Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
517952078       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 11 2020 00:01:29
                 Capital One Auto Finance,    Att: Bankruptcy Unit,    7933 Preston Rd,    Plano, TX 75024-2302
517961824      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2020 00:01:22
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517971108      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2020 00:00:14
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517989401      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 00:01:35
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517952082      +E-mail/Text: mediamanagers@clientservices.com Jun 10 2020 23:57:41      Client Services Inc.,
                 3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
517952083      +E-mail/Text: mediamanagers@clientservices.com Jun 10 2020 23:57:41      Client Services, Inc.,
                 3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
517952084      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 10 2020 23:58:10      Comenity Torrid,
                 PO Box 182273,    Columbus, OH 43218-2273
517952085       E-mail/Text: mrdiscen@discover.com Jun 10 2020 23:57:46      Discover Card,    PO Box 15316,
                 Wilmington, DE 19850
517963501       E-mail/Text: mrdiscen@discover.com Jun 10 2020 23:57:46      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517952087       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 10 2020 23:57:57      Internal Revenue Service,
                 Insolvency Unit,    PO Box 744,    Springfield, NJ 07081
517952088       E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:04      JCPenney/Synchrony Bank,
                 Att: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517952081       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 11 2020 00:00:09      Chase Card Services,
                 PO Box 15298,    Wilmington, DE 19850-5298
518579023       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:56      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Jun 10, 2020
                                  Form ID: 185             Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518579024        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:22      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
517952089        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 10 2020 23:58:10      Lane Bryant,
                 WFNNB, Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
517952093        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 00:00:49
                 Portfolio Recovery Associates,    140 Corporate Blvd.,    Norfolk, VA 23502
517952094        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 00:00:47
                 Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk, VA 23541
518060096        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 00:00:16
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518056086        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 00:00:51
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk VA 23541
518062550        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 00:00:17
                 Portfolio Recovery Associates, LLC,    c/o Lane Bryant,    POB 41067,    Norfolk VA 23541
518062695        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 00:00:19
                 Portfolio Recovery Associates, LLC,    c/o Torrid,    POB 41067,    Norfolk VA 23541
517952090       +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:04     Pay Pal,    GE Money Bank,
                 Att: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
517952095       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 10 2020 23:58:42      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517993657       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 10 2020 23:58:42      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517952098       +E-mail/Text: RMCbankruptcy@hackensackmeridian.org Jun 10 2020 23:58:49
                 Riverview Medical Center,    Att: Patient Billing,    1 Riverview Plaza,
                 Red Bank, NJ 07701-1864
518122352       +E-mail/Text: bncmail@w-legal.com Jun 10 2020 23:58:35      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517954680       +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517952101        E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:04      Synchrony Bank,
                 Att: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
518543574       +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:05      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518075751        E-mail/Text: ebn@americollect.com Jun 10 2020 23:58:34      UNIVERSITY RADIOLOGY GROUP PC,
                 C/O AMERICOLLECT INC.,    PO BOX 1566,    MANITOWOC, WI 54221-1566
518072674       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 00:11:56       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517952103        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 10 2020 23:57:34
                 Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 43

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518021885*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
518062587*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                        Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Jun 10, 2020
                              Form ID: 185             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

```
              Albert     Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Warren    Brumel    on behalf of Joint Debtor Katherine    Mare wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;wbrumel@keyportlaw.com
              Warren    Brumel    on behalf of Debtor Sean L. Mare wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                                             TOTAL: 6
```