UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Sean L. Mare
Katherine Mare

Case No.:     19-10159

Chapter:     13

Judge:     Gravelle

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Sean L. Mare & Katherine Mare

This will confirm that on 6/9/2020 the following document(s) was filed by you.

☒ Amendment to Schedule(s) I & J,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 6/10/2020             Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Sean L. Mare  
Katherine Mare  
      Debtors

Case No. 19-10159-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 10, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
db/jdb       +Sean L. Mare,   Katherine Mare,   925 Sixth Street,   Union Beach, NJ 07735-2868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
          Rebecca Ann Solarz   on behalf of Creditor   QUICKEN LOANS INC. rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          Warren   Brumel   on behalf of Joint Debtor Katherine  Mare wbrumel@keyportlaw.com,  
          brumellawecf@gmail.com;wbrumel@keyportlaw.com  
          Warren   Brumel   on behalf of Debtor Sean L. Mare wbrumel@keyportlaw.com,  
          brumellawecf@gmail.com;wbrumel@keyportlaw.com  
                                                                                                       TOTAL: 6