Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  19−10159−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sean L. Mare                                           Katherine Mare
   925 Sixth Street                                       fka Katherine Small
   Union Beach, NJ 07735                       925 Sixth Street
                                                               Union Beach, NJ 07735

Social Security No.:
   xxx−xx−9658                                         xxx−xx−9458

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       8/19/20
Time:      12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Warren Brumel, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,085.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 24, 2020
JAN: rms

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                     Case No. 19-10159-CMG
Sean L. Mare                                                               Chapter 13
Katherine Mare
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Jul 24, 2020
                              Form ID: 137                 Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db/jdb         +Sean L. Mare,    Katherine Mare,    925 Sixth Street,    Union Beach, NJ 07735-2868
517952072      +Barclay's Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
517952076       Capital Collection Services,    20 E Trenton Road,    Building 50,    Berlin, NJ 08009
517952079       Celentano, Stadtmauer & Walentowicz, LLP,    PO Box 2594,    Clifton, NJ 07015-2594
517952080      +Central Jersey Specialty Surgery,    10 Industrial Way E,    Eatontown, NJ 07724-3332
518042910      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517988384      +Foss, San Filippo & Milne, LLC,    225 Broad Street,    Red Bank, NJ 07701-2009
517952086      +Foss, San Filippo & Milne, LLC,    PO Box 896,    Red Bank, NJ 07701-0896
518102992      +PNC BANK, N.A.,    P.O. BOX 94892,    CLEVELAND, OH 44101-4892
517952091      +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
517952092      +PNC Bank, N.A.,    PNC Consumer Lending,    Liberty Commons,    Box 747024,
                 Pittsburgh, PA 15274-7024
517952096      +Remex Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
517952097       Retina Care Center,    1255 NJ-70,    Lakewood, NJ 08701
517952099      +Shrewsbury Diagnostic Imaging,    1131 Broad Street,    Shrewsbury, NJ 07702-4334
517952100      +Sofi Funding,    One Letterman Drive,    Building C,    San Francisco, CA 94129-2402
517952102      +University Radiology,    PO Box 1075,    East Brunswick, NJ 08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2020 00:57:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2020 00:57:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517952071       E-mail/Text: ebn@americollect.com Jul 25 2020 00:57:43     Americollect,    PO Box 1566,
                 Manitowoc, WI 54221
517952070       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:41     Amazon/Synchrony Bank,
                 Att: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
518048301       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 01:07:04
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517961829      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 25 2020 01:06:53
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517977744       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 25 2020 01:07:04
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517952075       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 25 2020 01:07:28     BMW Financial Services,
                 PO Box 3608,    Dublin, OH 43016-0306
517952073      +E-mail/Text: bankruptcyletters@hackensackmeridian.org Jul 25 2020 00:58:15
                 Bayshore Comm Hospital,    PO Box 95000-1635,    Philadelphia, PA 19195-0001
517952074      +E-mail/Text: bankruptcyletters@hackensackmeridian.org Jul 25 2020 00:58:15
                 Bayshore Community Hospital,    Att: Patient Billing,    727 N Beers Street,
                 Holmdel, NJ 07733-1514
517952077       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2020 00:54:16     Capital One,
                 Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
517952078       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 25 2020 01:07:24
                 Capital One Auto Finance,    Att: Bankruptcy Unit,    7933 Preston Rd,    Plano, TX 75024-2302
517961824      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 25 2020 01:07:41
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517971108      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 25 2020 01:07:38
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517989401      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 01:07:54
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517952082      +E-mail/Text: mediamanagers@clientservices.com Jul 25 2020 00:56:16     Client Services Inc.,
                 3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
517952083      +E-mail/Text: mediamanagers@clientservices.com Jul 25 2020 00:56:17     Client Services, Inc.,
                 3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
517952084      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2020 00:57:19     Comenity Torrid,
                 PO Box 182273,    Columbus, OH 43218-2273
517952085       E-mail/Text: mrdiscen@discover.com Jul 25 2020 00:56:26     Discover Card,    PO Box 15316,
                 Wilmington, DE 19850
517963501       E-mail/Text: mrdiscen@discover.com Jul 25 2020 00:56:26     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517952087       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 25 2020 00:57:03     Internal Revenue Service,
                 Insolvency Unit,    PO Box 744,    Springfield, NJ 07081
517952088       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:09     JCPenney/Synchrony Bank,
                 Att: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517952081       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 25 2020 00:53:40     Chase Card Services,
                 PO Box 15298,    Wilmington, DE 19850-5298
518579023       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 01:07:03     LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin             Page 2 of 3            Date Rcvd: Jul 24, 2020
                              Form ID: 137            Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518579024      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 01:07:04      LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                Greenville, SC 29603-0587
517952089      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2020 00:57:19      Lane Bryant,
                WFNNB, Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
517952093      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:07:41
                Portfolio Recovery Associates,    140 Corporate Blvd.,    Norfolk, VA 23502
517952094      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:07:17
                Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk, VA 23541
518060096      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:07:17
                Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
518056086      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:06:56
                Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk VA 23541
518062550      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:07:17
                Portfolio Recovery Associates, LLC,    c/o Lane Bryant,    POB 41067,    Norfolk VA 23541
518062695      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:07:42
                Portfolio Recovery Associates, LLC,    c/o Torrid,    POB 41067,    Norfolk VA 23541
517952090     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:38       Pay Pal,    GE Money Bank,
                Att: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
517952095     +E-mail/Text: bankruptcyteam@quickenloans.com Jul 25 2020 00:58:02      Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
517993657     +E-mail/Text: bankruptcyteam@quickenloans.com Jul 25 2020 00:58:02      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
517952098     +E-mail/Text: RMCbankruptcy@hackensackmeridian.org Jul 25 2020 00:58:20
                Riverview Medical Center,    Att: Patient Billing,    1 Riverview Plaza,
                Red Bank, NJ 07701-1864
518122352     +E-mail/Text: bncmail@w-legal.com Jul 25 2020 00:57:45       SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517954680     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:37       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517952101      E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:37       Synchrony Bank,
                Att: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
518543574     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:10       Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518075751      E-mail/Text: ebn@americollect.com Jul 25 2020 00:57:43       UNIVERSITY RADIOLOGY GROUP PC,
                C/O AMERICOLLECT INC.,    PO BOX 1566,    MANITOWOC, WI 54221-1566
518072674     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 01:07:54       Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517952103      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 25 2020 00:56:06
                Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 43

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518021885*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
518062587*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,
                C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jul 24, 2020
                              Form ID: 137             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com
        Denise E. Carlon     on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz     on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Warren    Brumel    on behalf of Joint Debtor Katherine   Mare wbrumel@keyportlaw.com, brumellawecf@gmail.com;wbrumel@keyportlaw.com
        Warren    Brumel    on behalf of Debtor Sean L. Mare wbrumel@keyportlaw.com, brumellawecf@gmail.com;wbrumel@keyportlaw.com

        TOTAL: 6