| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Sean L. Mare <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9658 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Katherine Mare <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9458 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   1/4/19 |
| Case number: | 19–10159–CMG | Date case converted to chapter: | 7   6/28/21 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Sean L. Mare | Katherine Mare |
| 2. | **All other names used in the last 8 years** | | fka Katherine Small |
| 3. | **Address** | 925 Sixth Street <br> Union Beach, NJ 07735 | 925 Sixth Street <br> Union Beach, NJ 07735 |
| 4. | **Debtor's attorney** <br> Name and address | Warren Brumel <br> Law Office of Warren Brumel <br> 65 Main Street <br> PO Box 181 <br> Keyport, NJ 07735 | Contact phone (732) 264–3400 <br><br> Email: wbrumel@keyportlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Benjamin A. Stanziale Jr. <br> Stanziale & Stanziale <br> 29 Northfield Avenue <br> Suite 201 <br> West Orange, NJ 07052 | Contact phone (973) 731–9393 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br><br>Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 6/29/21 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 26, 2021 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/24/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court

District of New Jersey

In re:  
Sean L. Mare  
Katherine Mare  
    Debtors

Case No. 19-10159-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 309A | Total Noticed: 61 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean L. Mare, Katherine Mare, 925 Sixth Street, Union Beach, NJ 07735-2868 |
| tr | + | Benjamin A. Stanziale, Jr., Stanziale & Stanziale, 29 Northfield Avenue, Suite 201, West Orange, NJ 07052-5358 |
| 517952076 | | Capital Collection Services, 20 E Trenton Road, Building 50, Berlin, NJ 08009 |
| 517952079 | | Celentano, Stadtmauer & Walentowicz, LLP, PO Box 2594, Clifton, NJ 07015-2594 |
| 517952080 | + | Central Jersey Specialty Surgery, 10 Industrial Way E, Eatontown, NJ 07724-3332 |
| 518042910 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517988384 | + | Foss, San Filippo & Milne, LLC, 225 Broad Street, Red Bank, NJ 07701-2009 |
| 517952086 | + | Foss, San Filippo & Milne, LLC, PO Box 896, Red Bank, NJ 07701-0896 |
| 518102992 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 517952092 | + | PNC Bank, N.A., PNC Consumer Lending, Liberty Commons, Box 747024, Pittsburgh, PA 15274-7024 |
| 517952096 | + | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 517952097 | | Retina Care Center, 1255 NJ-70, Lakewood, NJ 08701 |
| 517952099 | + | Shrewsbury Diagnostic Imaging, 1131 Broad Street, Shrewsbury, NJ 07702-4334 |
| 517952100 | + | Sofi Funding, One Letterman Drive, Building C, San Francisco, CA 94129-2402 |
| 517952102 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wbrumel@keyportlaw.com | Jun 29 2021 20:44:00 | Warren Brumel, Law Office of Warren Brumel, 65 Main Street, PO Box 181, Keyport, NJ 07735 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2021 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2021 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517952071 | | Email/Text: ebn@americollect.com | Jun 29 2021 20:45:00 | Americollect, PO Box 1566, Manitowoc, WI 54221 |
| 517952070 | | EDI: RMSC.COM | Jun 30 2021 00:38:00 | Amazon/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518048301 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2021 20:56:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517961829 | + | EDI: AISACG.COM | Jun 30 2021 00:38:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517952075 | | EDI: BMW.COM | Jun 30 2021 00:38:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 517977744 | | EDI: BMW.COM | Jun 30 2021 00:38:00 | BMW Financial Services NA, LLC, P.O. Box |

Case 19-10159-CMG    Doc 48    Filed 07/01/21    Entered 07/02/21 00:17:18    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 309A | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | | 3608, Dublin, OH 43016 |
| 517952072 | + EDI: TSYS2.COM | Jun 30 2021 00:38:00 | Barclay's Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 517952073 | + Email/Text: bankruptcyletters@hackensackmeridian.org | Jun 29 2021 20:45:00 | Bayshore Comm Hospital, PO Box 95000-1635, Philadelphia, PA 19195-0001 |
| 517952074 | + Email/Text: bankruptcyletters@hackensackmeridian.org | Jun 29 2021 20:45:00 | Bayshore Community Hospital, Att: Patient Billing, 727 N Beers Street, Holmdel, NJ 07733-1514 |
| 517952077 | EDI: CAPITALONE.COM | Jun 30 2021 00:38:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517952078 | EDI: CAPONEAUTO.COM | Jun 30 2021 00:38:00 | Capital One Auto Finance, Att: Bankruptcy Unit, 7933 Preston Rd, Plano, TX 75024-2302 |
| 517961824 | + EDI: AISACG.COM | Jun 30 2021 00:38:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517971108 | + EDI: AISACG.COM | Jun 30 2021 00:38:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517989401 | + EDI: AIS.COM | Jun 30 2021 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517952082 | + Email/Text: mediamanagers@clientservices.com | Jun 29 2021 20:44:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 517952083 | + Email/Text: mediamanagers@clientservices.com | Jun 29 2021 20:44:00 | Client Services, Inc., 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 517952084 | + EDI: WFNNB.COM | Jun 30 2021 00:38:00 | Comenity Torrid, PO Box 182273, Columbus, OH 43218-2273 |
| 517952085 | EDI: DISCOVER.COM | Jun 30 2021 00:38:00 | Discover Card, PO Box 15316, Wilmington, DE 19850 |
| 517963501 | EDI: DISCOVER.COM | Jun 30 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517952087 | EDI: IRS.COM | Jun 30 2021 00:38:00 | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |
| 517952088 | EDI: RMSC.COM | Jun 30 2021 00:38:00 | JCPenney/Synchrony Bank, Att: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517952081 | EDI: JPMORGANCHASE | Jun 30 2021 00:38:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 518579024 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2021 20:57:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579023 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2021 11:17:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517952089 | EDI: WFNNB.COM | Jun 30 2021 00:38:00 | Lane Bryant, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 517952091 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2021 20:44:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 517952093 | EDI: PRA.COM | Jun 30 2021 00:38:00 | Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517952094 | EDI: PRA.COM | Jun 30 2021 00:38:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 518060096 | EDI: PRA.COM | Jun 30 2021 00:38:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518056086 | EDI: PRA.COM | | |

Case 19-10159-CMG   Doc 48   Filed 07/01/21   Entered 07/02/21 00:17:18   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 309A | Total Noticed: 61 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 30 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518062550 | | EDI: PRA.COM | Jun 30 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |
| 518062695 | | EDI: PRA.COM | Jun 30 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Torrid, POB 41067, Norfolk VA 23541 |
| 517952090 | + | EDI: RMSC.COM | Jun 30 2021 00:38:00 | Pay Pal, GE Money Bank, Att: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 517952095 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2021 20:45:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517993657 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2021 20:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517952098 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Jun 29 2021 20:45:00 | Riverview Medical Center, Att: Patient Billing, 1 Riverview Plaza, Red Bank, NJ 07701-1864 |
| 518122352 | + | Email/Text: bncmail@w-legal.com | Jun 29 2021 20:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517952101 | | EDI: RMSC.COM | Jun 30 2021 00:38:00 | Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 518543574 | + | EDI: RMSC.COM | Jun 30 2021 00:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517954680 | + | EDI: RMSC.COM | Jun 30 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518075751 | | Email/Text: ebn@americollect.com | Jun 29 2021 20:45:00 | UNIVERSITY RADIOLOGY GROUP PC, C/O AMERICOLLECT INC., PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 518072674 | + | EDI: AIS.COM | Jun 30 2021 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517952103 | | EDI: VERIZONCOMB.COM | Jun 30 2021 00:38:00 | Verizon, PO Box 4833, Trenton, NJ 08650-4833 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518021885 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518062587 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Jun 29, 2021 Form ID: 309A Total Noticed: 61

Date: Jul 01, 2021 Signature: /s/Joseph Speetjens