UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Sean & Katherine Mare        Case No.:    **19-10159-CMG**

Chapter:    **7**

Judge:    **Christine M. Gravelle**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 28, 2021, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 925 Sixth Street, Union Beach, New Jersey**

  **Current Market Value of Property:  $200,000.00**
  **Estimated Cost of Sale:  $20,000.00**

**Liens on property: Quicken Loans: $226,356.00**

**Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name:        Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10159-CMG |
| Sean L. Mare | Chapter 7 |
| Katherine Mare | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 24, 2021 | Form ID: pdf905 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean L. Mare, Katherine Mare, 925 Sixth Street, Union Beach, NJ 07735-2868 |
| 517952072 | + | Barclay's Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 517952076 | | Capital Collection Services, 20 E Trenton Road, Building 50, Berlin, NJ 08009 |
| 517952079 | | Celentano, Stadtmauer & Walentowicz, LLP, PO Box 2594, Clifton, NJ 07015-2594 |
| 517952080 | + | Central Jersey Specialty Surgery, 10 Industrial Way E, Eatontown, NJ 07724-3332 |
| 518042910 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517988384 | + | Foss, San Filippo & Milne, LLC, 225 Broad Street, Red Bank, NJ 07701-2009 |
| 517952086 | + | Foss, San Filippo & Milne, LLC, PO Box 896, Red Bank, NJ 07701-0896 |
| 518102992 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 517952092 | + | PNC Bank, N.A., PNC Consumer Lending, Liberty Commons, Box 747024, Pittsburgh, PA 15274-7024 |
| 517952096 | + | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 517952097 | | Retina Care Center, 1255 NJ-70, Lakewood, NJ 08701 |
| 517952099 | + | Shrewsbury Diagnostic Imaging, 1131 Broad Street, Shrewsbury, NJ 07702-4334 |
| 517952100 | + | Sofi Funding, One Letterman Drive, Building C, San Francisco, CA 94129-2402 |
| 517952102 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517952071 | | Email/Text: ebn@americollect.com | Aug 24 2021 20:22:00 | Americollect, PO Box 1566, Manitowoc, WI 54221 |
| 517952070 | | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:59 | Amazon/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518048301 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2021 20:30:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517961829 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 24 2021 20:31:01 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517977744 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Aug 24 2021 20:30:48 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517952075 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Aug 24 2021 20:30:54 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 517952073 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Aug 24 2021 20:22:00 | Bayshore Comm Hospital, PO Box 95000-1635, |

Case 19-10159-CMG    Doc 53    Filed 08/26/21    Entered 08/27/21 00:13:11    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: pdf905 | Total Noticed: 59 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19195-0001 |
| 517952074 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Aug 24 2021 20:22:00 | Bayshore Community Hospital, Att: Patient Billing, 727 N Beers Street, Holmdel, NJ 07733-1514 |
| 517952077 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 24 2021 20:30:53 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517952078 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Aug 24 2021 20:30:55 | Capital One Auto Finance, Att: Bankruptcy Unit, 7933 Preston Rd, Plano, TX 75024-2302 |
| 517961824 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 24 2021 20:30:54 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517971108 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 24 2021 20:30:54 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517989401 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 24 2021 20:30:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517952082 | + | Email/Text: mediamanagers@clientservices.com | Aug 24 2021 20:21:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 517952083 | + | Email/Text: mediamanagers@clientservices.com | Aug 24 2021 20:21:00 | Client Services, Inc., 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 517952084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2021 20:21:00 | Comenity Torrid, PO Box 182273, Columbus, OH 43218-2273 |
| 517952085 | | Email/Text: mrdiscen@discover.com | Aug 24 2021 20:21:00 | Discover Card, PO Box 15316, Wilmington, DE 19850 |
| 517963501 | | Email/Text: mrdiscen@discover.com | Aug 24 2021 20:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517952087 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2021 20:21:00 | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |
| 517952088 | | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:51 | JCPenney/Synchrony Bank, Att: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517952081 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 24 2021 20:30:52 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 518579024 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2021 20:30:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579023 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2021 20:30:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517952089 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2021 20:21:00 | Lane Bryant, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 517952091 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2021 20:21:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 517952093 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2021 20:30:54 | Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517952094 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2021 20:31:01 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 518060096 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2021 20:31:01 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518056086 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2021 20:30:54 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518062550 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2021 20:31:01 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |
| 518062695 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 24 2021 20:31:02 | Portfolio Recovery Associates, LLC, c/o Torrid, POB 41067, Norfolk VA 23541 |
| 517952090 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:59 | Pay Pal, GE Money Bank, Att: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 517952095 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2021 20:22:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517993657 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2021 20:22:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517952098 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Aug 24 2021 20:22:00 | Riverview Medical Center, Att: Patient Billing, 1 Riverview Plaza, Red Bank, NJ 07701-1864 |
| 518122352 | + | Email/Text: bncmail@w-legal.com | Aug 24 2021 20:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517952101 | | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:44 | Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 518543574 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517954680 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518075751 | | Email/Text: ebn@americollect.com | Aug 24 2021 20:22:00 | UNIVERSITY RADIOLOGY GROUP PC, C/O AMERICOLLECT INC., PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 518072674 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 24 2021 20:31:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517952103 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 24 2021 20:21:00 | Verizon, PO Box 4833, Trenton, NJ 08650-4833 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518021885 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518062587 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Joint Debtor Katherine Mare wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Debtor Sean L. Mare wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 7