Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10159−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean L. Mare<br>925 Sixth Street<br>Union Beach, NJ 07735 | Katherine Mare<br>fka Katherine Small<br>925 Sixth Street<br>Union Beach, NJ 07735 |

Social Security No.:
 xxx−xx−9658                                                              xxx−xx−9458

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Michael R Gilmore , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

925 Sixth Street, Union Beach, New Jersey


Dated: September 22, 2021
JAN: mrg

                                                                Jeanne Naughton
                                                                Clerk