**Information to identify the case:**

| Debtor 1 | Sean L. Mare | Social Security number or ITIN | xxx–xx–9658 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Katherine Mare | Social Security number or ITIN | xxx–xx–9458 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–10159–CMG

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sean L. Mare                                               Katherine Mare
                                                           fka Katherine Small

10/1/21                                                    **By the court:**   Christine M. Gravelle
                                                                               United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-10159-CMG
Sean L. Mare  Chapter 7
Katherine Mare
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Oct 01, 2021     Form ID: 318     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean L. Mare, Katherine Mare, 925 Sixth Street, Union Beach, NJ 07735-2868 |
| 517952076 | | Capital Collection Services, 20 E Trenton Road, Building 50, Berlin, NJ 08009 |
| 517952079 | | Celentano, Stadtmauer & Walentowicz, LLP, PO Box 2594, Clifton, NJ 07015-2594 |
| 517952080 | + | Central Jersey Specialty Surgery, 10 Industrial Way E, Eatontown, NJ 07724-3332 |
| 518042910 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517988384 | + | Foss, San Filippo & Milne, LLC, 225 Broad Street, Red Bank, NJ 07701-2009 |
| 517952086 | + | Foss, San Filippo & Milne, LLC, PO Box 896, Red Bank, NJ 07701-0896 |
| 518102992 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 517952092 | + | PNC Bank, N.A., PNC Consumer Lending, Liberty Commons, Box 747024, Pittsburgh, PA 15274-7024 |
| 517952096 | + | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 517952097 | | Retina Care Center, 1255 NJ-70, Lakewood, NJ 08701 |
| 517952099 | + | Shrewsbury Diagnostic Imaging, 1131 Broad Street, Shrewsbury, NJ 07702-4334 |
| 517952100 | + | Sofi Funding, One Letterman Drive, Building C, San Francisco, CA 94129-2402 |
| 517952102 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2021 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2021 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517952071 | | Email/Text: ebn@americollect.com | Oct 01 2021 21:16:00 | Americollect, PO Box 1566, Manitowoc, WI 54221 |
| 517952070 | | EDI: RMSC.COM | Oct 02 2021 01:13:00 | Amazon/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518048301 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2021 21:32:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517961829 | + | EDI: AISACG.COM | Oct 02 2021 01:13:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517977744 | | EDI: BMW.COM | Oct 02 2021 01:13:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517952075 | | EDI: BMW.COM | Oct 02 2021 01:13:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 517952072 | + | EDI: TSYS2.COM | Oct 02 2021 01:13:00 | Barclay's Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |

Case 19-10159-CMG    Doc 57    Filed 10/03/21    Entered 10/04/21 00:14:21    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 318 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 517952073 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Oct 01 2021 21:16:00 | Bayshore Comm Hospital, PO Box 95000-1635, Philadelphia, PA 19195-0001 |
| 517952074 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Oct 01 2021 21:16:00 | Bayshore Community Hospital, Att: Patient Billing, 727 N Beers Street, Holmdel, NJ 07733-1514 |
| 517952077 | | EDI: CAPITALONE.COM | Oct 02 2021 01:13:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517952078 | | EDI: CAPONEAUTO.COM | Oct 02 2021 01:13:00 | Capital One Auto Finance, Att: Bankruptcy Unit, 7933 Preston Rd, Plano, TX 75024-2302 |
| 517961824 | + | EDI: AISACG.COM | Oct 02 2021 01:13:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517971108 | + | EDI: AISACG.COM | Oct 02 2021 01:13:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517989401 | + | EDI: AIS.COM | Oct 02 2021 01:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517952082 | + | Email/Text: mediamanagers@clientservices.com | Oct 01 2021 21:16:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 517952083 | + | Email/Text: mediamanagers@clientservices.com | Oct 01 2021 21:16:00 | Client Services, Inc., 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 517952084 | + | EDI: WFNNB.COM | Oct 02 2021 01:13:00 | Comenity Torrid, PO Box 182273, Columbus, OH 43218-2273 |
| 517952085 | | EDI: DISCOVER.COM | Oct 02 2021 01:13:00 | Discover Card, PO Box 15316, Wilmington, DE 19850 |
| 517963501 | | EDI: DISCOVER.COM | Oct 02 2021 01:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517952087 | | EDI: IRS.COM | Oct 02 2021 01:13:00 | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |
| 517952088 | | EDI: RMSC.COM | Oct 02 2021 01:13:00 | JCPenney/Synchrony Bank, Att: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517952081 | | EDI: JPMORGANCHASE | Oct 02 2021 01:13:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 518579024 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2021 21:19:40 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579023 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2021 21:19:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517952089 | | EDI: WFNNB.COM | Oct 02 2021 01:13:00 | Lane Bryant, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 517952091 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2021 21:16:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 517952093 | | EDI: PRA.COM | Oct 02 2021 01:13:00 | Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517952094 | | EDI: PRA.COM | Oct 02 2021 01:13:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 518060096 | | EDI: PRA.COM | Oct 02 2021 01:13:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518056086 | | EDI: PRA.COM | Oct 02 2021 01:13:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518062550 | | EDI: PRA.COM | Oct 02 2021 01:13:00 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 318 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 518062695 | | EDI: PRA.COM | Oct 02 2021 01:13:00 | Portfolio Recovery Associates, LLC, c/o Torrid, POB 41067, Norfolk VA 23541 |
| 517952090 | + | EDI: RMSC.COM | Oct 02 2021 01:13:00 | Pay Pal, GE Money Bank, Att: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 517952095 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2021 21:16:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517993657 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2021 21:16:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517952098 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Oct 01 2021 21:16:00 | Riverview Medical Center, Att: Patient Billing, 1 Riverview Plaza, Red Bank, NJ 07701-1864 |
| 518122352 | + | Email/Text: bncmail@w-legal.com | Oct 01 2021 21:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517952101 | | EDI: RMSC.COM | Oct 02 2021 01:13:00 | Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 518543574 | + | EDI: RMSC.COM | Oct 02 2021 01:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517954680 | + | EDI: RMSC.COM | Oct 02 2021 01:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518075751 | | Email/Text: ebn@americollect.com | Oct 01 2021 21:16:00 | UNIVERSITY RADIOLOGY GROUP PC, C/O AMERICOLLECT INC., PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 518072674 | + | EDI: AIS.COM | Oct 02 2021 01:13:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517952103 | | EDI: VERIZONCOMB.COM | Oct 02 2021 01:13:00 | Verizon, PO Box 4833, Trenton, NJ 08650-4833 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518021885 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518062587 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021              Signature:       /s/Joseph Speetjens

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Oct 01, 2021 | Form ID: 318 | Total Noticed: 59

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale  Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com  nj45@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Joint Debtor Katherine Mare wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Debtor Sean L. Mare wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 7